UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In Re:                                                      Chapter 7
                                                            Case No. 09-40810-JBR

Baruch Bloch,


                    Debtor.

---------------------------------------------------------

# NOTICE

**PLEASE TAKE NOTICE** that a Hearing on the Motion for Relief From Stay as it relates to the Final Order of the Eastern District Court dated September 23, 2010 Vacating the Order of the Bankruptcy Court and Remanding the Matter to the Bankruptcy Court for further findings has been scheduled for November 15, 2010 at 2:00 P.M. before the Honorable Joel B. Rosenthal at The Conrad B. Duberstein United States Bankruptcy Courthouse, 271 Cadman Plaza East, Room 3577, Brooklyn, New York 11201.


Dated: Brooklyn, New York           *S/ Angela Howard*
       October 6, 2010              ANGELA HOWARD, COURTROOM DEPUTY
                                    FOR THE HONORABLE JOEL B. ROSENTHAL